IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00124-BNB

KEITH SHWAYDER,

    Applicant,

v.

BLAKE DAVIS, Warden, FCI Englewood,

    Respondent.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On January 25, 2008, the Court ordered Applicant, Keith Shwayder, to show cause within thirty days why the instant habeas corpus application should not be denied. On February 20, 2008, Mr. Shwayder submitted his response. The January 25 order to show cause will be discharged at this time. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the January 25, 2008, order to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 4, 2008, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00124-BNB

Robert Gregg Levitt
Attorney at Law
DELIVERED ELECTRONICALLY

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  03/04/08

    GREGORY C. LANGHAM, CLERK

    By:      s/A. Garcia
           Deputy Clerk