**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00124-CMA-KLM

KEITH SHWAYDER,

    Applicant,

v.

BLAKE DAVIS, Warden, FCI Englewood,

    Respondent.

---

## REFERRAL TO UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court pursuant to the Petitioner's Petition for Writ of *Habeas Corpus* (Doc. # 1) pursuant to 28 U.S.C. § 2241.

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed.R.Civ.P. 72(b), this matter is referred to United States Magistrate Judge Kristen L. Mix to issue a Report and Recommendation as to the disposition of the merits of the Petition.

DATED: April 27, 2009.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge